UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| AARON KOLLIE SMITH, | ) | CASE NO.: 1:19CV41 |
|---|---|---|
| Petitioner, | ) ) | JUDGE JOHN ADAMS |
| | ) ) ) | |
| HEATH SIMON, et al., | ) | **ORDER AND DECISION** |
| Respondents. | ) ) ) | |

The Court has examined the Report and Recommended Decision of the Magistrate Judge submitted in this matter on July 17, 2019. Doc. 8. Upon due consideration, and no objections having been filed by the parties, the Court adopts the Report and recommended findings and conclusions of the Magistrate Judge and incorporates them herein. Therefore, it is ordered that petition is hereby DENIED.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

August 30, 2019                    */s/ John R. Adams*
                                   JUDGE JOHN R. ADAMS
                                   UNITED STATES DISTRICT JUDGE